Arron A. McClain, #12-B-0683
Otisville Correctional Facility
57 Sanitorium Rd./P.O. Box 8,
Otisville, New York 10963-0008

November 4, 2019

TO:   Clerk of the Court
      Northern District Court
      United States District Court
      Northern District of New York
      100 S. Clinton St., P.O. Box 8,
      Syracuse, New York 13261-7367

RE: "9:17-cv-0046, McClain v. RN, Pangello, and RN, Gelormino"

Dear Clerk of the Court,

Please be advised that, I have received the Report-Recommendation and Order, of the Honorable Magistrate Judge Miroslav Lovric on the matter of Summary Judgement pertaining to the above caption.

I have amended the complaint captioned: "Second Amendment", and have served 2-copies upon the defendant Dianne Gelormino, representative Mr. John F. Moore, Assistant Attorney General for the State of New York. Enclosed, is a copy of the Sworn Affidavit of Service upon the defendant's representative, and Second Amendment for review by Honorable Magistrate Judge Miroslav Lovric. I ask to please submit these documents to the chamber of Magistrate and, to notify me if there is any further document's needed to be served or, any further request needed to be fulfilled by my person.

I, thank you for your time and consideration in this matter.

Respectfully, Submitted,

Arron A. McClain, Plaintiff
*Pro Se* Litigant

cc: FILE

6

## Affidavit of Service

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF ORANGE )

I, Arron A. McClain, being duly sworn, deposes and says:

I am over the age of 18 years of age and reside at Otisville Correctional Facility, 57 Sanatorium Road, P.O. Box #8, Otisville, New York 10963-0008.

On November 4, 2019, I served the following papers:

2-Copies of Second Amended Complaint relating to: 42 U.S.C. § 1983 Civil Action 9:17-CV-0046, McClain, v. Pangello, RN, and Gelormino, RN, at Auburn Correctional Facility, Medical Department, 3PM-11PM shift,
Upon the following parties:

**John F. Moore, Esq.**
**Assistant Attorney General**
**Attorney General for the**
**State of New York - The Capitol**
**Albany, New York 12224-0341**

by depositing a true copy of the above listed papers in a post paid properly addressed wrapper, in an official depository under the exclusive care and custody of the New York State Department of Corrections and Community Supervision.

*/s/ Arron McClain*

**SWORN TO BEFORE ME ON THIS**

_4_ DAY OF _November_, 2019

*/s/ Karrie Williams*
**NOTARY PUBLIC**

KARRIE WILLIAMSON
NOTARY PUBLIC, STATE OF NEW YORK
No. 01WI6312627
Qualified in Orange County
My Commission Expires 10/16/2020

cc: FILE

Arron A. McClain, #12-B-0683
Otisville Correctional Facility
57 Sanitorium Rd./P.O. Box 8,
Otisville, New York 10963-0008

November 4, 2019

TO:   John F. Moore, Esq.
      Assistant Attorney General
      Attorney General for the State
      of New York - The Capitol
      Albany, New York 12224-0341

RE: "**9:17-CV-0046, McClain v. RN, Pangello, and RN, Gelormino**"

Dear Attorney Mr. Moore,

Please be advised, I am submitting to you 2-copies of the "Second Amended Complaint" that, was ordered by Hon. Magistrate Miroslav Lovric.

I ask that, if there are any inconsistencies, or if you are in need of any more copies please, notify me and I will send more immediately.

I, thank you, for your time and consideration in this matter.

Respectfully Submitted,

Arron A. McClain
*Pro Se* Litigant

cc: FILE