Arron A. McClain, #12-B-0683
Otisville Correctional Facility
57 Sanitorium rd./P.O.B. 8,
Otisville, New York 10963-0008

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

DEC 0 3 2019

RECEIVED

11/05/2019
US POSTAGE $001.30

ZIP 10963

**OTISVILLE CORRECTIONAL FACILITY**
P.O. BOX 8
OTISVILLE, NEW YORK 10963
Arron A. McClain, #12-B-0683

TO: Clerk of the Court
United States District Court
Northern District of New York
100 S. Clinton Street, P.O.B. 7376,
Syracuse, New York  13261-7367

CONFIDENTIAL LEGAL MAIL
-URGENT-

=CONFIDENTIAL LEGAL MAIL-
-URGENT-

NORD100    061   5E 1    N   C0211/26/19
UNABLE TO FORWARD/FOR REVIEW
**B007**

BC: 13261737676 DU0060N330184-01478