UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ARRON A. MCCLAIN,

                Plaintiff

v.

DOMINIC PANGELLO, RN,
DIANNE GELORMINO, RN OF AUBURN
   CORRECTIONAL FACILITY,
   MEDIAL DEPARTMENT, 3 PM – 11 PM SHIFT,

                Defendants

**ATTORNEY AFFIRMATION**

9:17-cv-00046
(LEK/ML)

---

        Meghann N. Roehl, Esq., on the date noted below and pursuant to §1746 of Title 28 of the United States Code, declares the following to be true and correct under penalty of perjury under the laws of the United States of America:

        1.    I am a member of the law firm of ROACH, BROWN, McCARTHY & GRUBER, P.C., attorneys for Dianne Gelormino, R.N. (hereinafter "Defendant" or "Nurse Gelormino"), in the above captioned matter. As such, I am fully familiar with the pleadings and proceedings herein.

        2.    I make this Affirmation in support of Plaintiff's request to dismiss this action under Fed. R. Civ. P. 41(a)(2). Stated otherwise, Defendant does not oppose Plaintiff's request to dismiss this action.

Dated: Buffalo, New York
       August 5, 2022

                                            **ROACH, BROWN, McCARTHY & GRUBER, P.C.**

                                            */s/ Meghann N. Roehl*
                                            Meghann N. Roehl, Esq.
                                            *Attorneys for Defendant*
                                            *Dianne Gelormino, R.N.*
                                            1920 Liberty Building
                                            424 Main Street
                                            Buffalo, New York 14202
                                            Bar Roll No.: 514684
                                            Phone: 716-852-0400
                                            Fax: 716-852-2535
                                            Email: mroehl@roachbrown.com

To: Arron McClain
    128 Lynch Avenue
    First Floor
    Utica, New York 13502